United States District Court
Southern District of Texas
**ENTERED**
January 05, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Lennie Jackson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-3531 |
| | § | |
| LaFontaine Cadillac Buick GMC, | § | |
| | § | |
| Defendant. | § | |

## Opinion on Personal Jurisdiction

Lennie Jackson says that he agreed to purchase a Cadillac Escalade from LaFontaine Cadillac Buick GMC, a car dealership in Highland, Michigan. Jackson would pay $17,000 in cash and would borrow the remainder from the bank. He says that he gave the downpayment to a salesperson at the dealership and that the salesperson and he agreed to replace the car's tires with nicer ones. He claims that when he returned six days later, the dealership did not give him the car.

This court does not have general jurisdiction over LaFontaine Cadillac. It is incorporated and has its principal place of business in Michigan. It does not sell cars, own property, or advertise in Texas.

It also does not have specific jurisdiction over LaFontaine Cadillac. The sale of the Escalade occurred in Michigan. Nothing suggests that the sale was connected to Texas.

Equally powerful is that Jackson does not have a justiciable interest in this case. His company, BL Enterprise, LLC, agreed to buy the car from the dealership. Jackson may have been acting as agent for BL Enterprise, but it – not he – holds title.

This case will be dismissed for lack of personal jurisdiction and lack of standing.

Signed on January 5, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge