| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
January 05, 2018
David J. Bradley, Clerk

Lennie Jackson, §
　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　§
versus　　　　　　　§　　Civil Action H-17-3531
　　　　　　　　　　§
LaFontaine Cadillac Buick GMC, §
　　　　　　　　　　§
　　　　Defendant. §

## Final Dismissal

This case is dismissed for lack of personal jurisdiction and lack of standing. (8)

Signed on January 5, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　　／s／ Lynn N. Hughes
　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　United States District Judge