

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR THE STATE OF TEXAS

MAY 03 2018

David J. Bradley, Clerk of Court

Lennie Jackson                               Civil Action No. 4:17-CV-03521

(Plaintiff)

v.

Lafontaine Cadillac Buick GMC                Judge Lynn Hughes

(Defendant)

## CLAIM OF APPEAL OF RIGHT

Plaintiff claim an appeal of right of the court's order denying his motion for reconsideration of his order to dismiss signed April 5, 2018.

Regards

Lennie Jackson
12631 Drifting wind Dr.
Houston, TX 77044
(313) 918-2389
BLEnterprisellc@gmail.com

FORM 26. Docketing Statement　　　　　　　　　　　　　　　　　　　　Form 26
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 10/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. __4:17-CV-03521__

LENNIE JACKSON

v.

LAFONTAINE CADILLAC BUICK GMC INC

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent __LENNIE JACKSON__

Party is (select one)　　[X] Appellant/Petitioner　　　　[ ] Cross-Appellant

　　　　　　　　　　　　[ ] Appellee/Respondent　　　　[ ] Intervenor

Tribunal appealed from and Case No.　__U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS　　4:17-CV-03521__

Date of Judgment/Order __04/05/2018__　　　Type of Case __BREACH OF CONTRACT__

Relief sought on appeal __REVERSAL AND REMAND__

Relief awarded below (if damages, specify) __N/A__

Briefly describe the judgment/order appealed from __MOTION FOR RECONSIDERATION__

Nature of judgment (select one)

　[X] Final Judgment, 28 USC 1295

　[ ] Rule 54(b)

　[ ] Interlocutory Order (specify type) _____

　[ ] Other (explain; see Fed. Cir. R. 28(a)(5)) _____

| FORM 26. Docketing Statement | Form 26 |
| --- | --- |
| | Rev. 10/16 |

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued. If none, please state none.

N/A

Brief statement of the issues to be raised on appeal

ABUSE OF DISCRETION OVERSHADOW PROCEDURAL AND SUBSTANATE DUE PROCESS RIGHTS

Have there been discussions with other parties relating to settlement of this case? ☐ Yes ☒ No  If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? ☐ Yes ☐ No

If they were mediated, by whom? _____

Do you believe that this case may be amenable to mediation?  ☒ Yes  ☐ No

Please explain why you believe the case is or is not amenable to mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

DEFENDANT HAS NO DEFENSE TO THE MATERIAL FACTS IN EVIDENCE FOR THIS CASE

**FORM 26. Docketing Statement**  Form 26
Rev. 10/16

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

| 03 | day of | APRIL | 2018 |

by: DEPOSITING A COPY IN THE U.S. MAIL AND ADDRESSING IT TO ADDRESS OF RECORD
(manner of service)

LENNIE JACKSON ( PRO SE)

Name of Counsel                             Signature of Counsel

**Law Firm**

N/A

**Address**

12631 DRIFTING WIND DR

**City, State, ZIP**

HOUSTON, TX   77044

**Telephone Number**   313-918-2389

**FAX Number**

248-698-1101

**E-mail Address**

BLENTERPRISELLC@GMAIL.COM

Reset Fields

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT FOR THE STATE OF TEXAS

Lennie Jackson                             Case No. 4:17=CV-03521
   Plaintiff

V.

LaFontaine Cadillac Buick GMC Inc
   Defendant

Certificate of Service

I Certify I served a copy of Lennie Jackson Claim of Appeal of Right and Docketing Statement on Defendant's at the address below by placing said copies in an envelope affixing the proper postage and depositing said envelope with the United States postal service .

Dated: May 03, 2018

Jeffery Pierce Fultz
Fultz and Cougill, LLP
10343 Sam Houston Park Drive
Suite 210
Houston, TX  77064

*[signature]*
Lennie Jackson
P.O. Box 3274
Houston, TX 77253
(313) 918-2389
Blenterprisellcgmail.com

-1-