# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**United States District Court**
**Southern District of Texas**
**FILED**

**AUG - 7 2018**

**David J. Bradley, Clerk of Court**

No. 18-20277

LENNIE JACKSON,

    Plaintiff - Appellant

v.

LAFONTAINE CADILLAC BUICK GMC,

    Defendant - Appellee

A True Copy
Certified order issued Aug 07, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

4:17-CV-3531

Appeal from the United States District Court for the
Southern District of Texas

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 7, 2018, for want of prosecution. The appellant failed to timely file record excerpts.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                *Dawn Shulin*
By: _____
Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 07, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 18-20277   Lennie Jackson v. Lafontaine Cadillac Buick GMC  
                             USDC No. 4:17-CV-3531

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____  
                             Dawn M. Shulin, Deputy Clerk  
                             504-310-7658

cc w/encl:  
    Mr. Thomas Louis Cougill  
    Mr. Lennie Jackson